UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ROCKETFUEL BLOCKCHAIN, INC., a Nevada corporation; and ROCKETFUEL BLOCKCHAIN COMPANY, a Nevada corporation,<br><br>                    Plaintiffs,<br><br>   v.<br><br>JOSEPH PAGE, an individual; and DOES 1 THROUGH 10 inclusive,<br><br>                    Defendants. | Case No. 2:21-cv-00103-KJD-EJY<br>       2:21-cv-02002-APG-BNW<br><br>**ORDER REASSIGNING RELATED ACTION** |

      Recently, Defendant Joseph Page ("Page") filed a related action against the attorneys and law firm that represent Plaintiffs in this case. The case was assigned to Judge Gordon and the defendants filed a notice of related cases. Local Rule 42-1 governs related actions and gives five instances in which cases are found to be related. Page's new claim involves similar parties and alleges that they broke the law when they filed the original suit against him. The Court finds that both actions involve similar questions of fact, that reassigning the new case would lead to a substantial saving of judicial effort, and permitting the new case to proceed in front of Judge Gordon would lead to a substantial duplication of labor. Therefore, Page's recently filed action, shall be reassigned to Judge Dawson. If the parties wish to consolidate the issues for purposes of discovery, they may file a motion to do so.

//

//

//

//

//

1    Accordingly, IT IS HEREBY ORDERED that Plaintiff's case, numbered 2:21-cv-02002-
2 APG-BNW is reassigned to Judge Dawson.
3 Dated this 3rd day of December, 2021.

                                                                       _____
                                                                       Kent J. Dawson
                                                                       United States District Judge